United States District Court
Southern District of Texas
**ENTERED**
April 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOUTH COAST PRINTING INC., § <br> d/b/a/ SOUTH COAST PRINTING § <br> AND PROMOTIONS, § <br>  § <br> Plaintiff, § <br>  § <br> VS. § <br>  § <br> SOUTH COAST PROMOTIONS, *et al.*, § <br>  § <br> Defendants. § | CIVIL ACTION NO. H-20-4350 |

## ORDER

This is a trademark-infringement case. South Coast Printing and Promotions sued South Coast Promotions, Tomi L. Campbell, and Matthew Spencer Jackson, alleging that the defendants infringed South Coast Printing's "South Coast Printing and Promotions" trademark, in violation of the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, and the Defend Trade Secrets Act, 18 U.S.C. §§ 1831 *et seq.* (Docket Entry No. 1). The defendants moved to dismiss and moved for a more definite statement, (Docket Entry No. 6). South Coast Printing filed an amended complaint. (Docket Entry No. 8). The amended complaint moots the defendants' motion to dismiss and motion for a more definite statement.

The defendants' motion to dismiss and motion for a more definite statement, (Docket Entry No. 6), are denied as moot.

SIGNED on April 16, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge